[No. 39887-3-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EDWARD TORFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00418-5, Ronald L. Castleberry, J., entered November 15, 1996. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 40102-5-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GLORIA GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00288-6, Michael E. Rickert, J., entered January 24, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 40362-1-I.    Division One.    July 20, 1998.]

ERIC DAWSON, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-26003-9, J. Kathleen Learned, J., entered February 14, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Grosse, J.